Jane Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Matthew James Melsen*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW JAMES MELSEN,<br><br>Defendant. | Case No. 1:24-mj-00071-RMM |

**MOTION TO WITHDRAW**

Jane Imholte, Assistant Federal Defender, moves this Court for an order withdrawing her as counsel for Defendant Matthew Melson. Mr. Melson and undersigned counsel have had a communication breakdown rendering it impossible for counsel to effectively represent Mr. Melsen. Mr. Melsen has requested that counsel withdraw, and that substitution counsel be appointed. A copy of the foregoing was caused to be served on Mr. Melsen, on this date, at his last known addresses of record via USPS First-Class Mail and email.

DATED at Anchorage, Alaska this 1st day of August, 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane Imholte*
Jane Imholte
Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 1, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system. In addition, a copy of the foregoing will be served on Mr. Melson via USPS on this date. */s/ Jane Imholte*